B6F (Official Form 6F) (12/07)

In re **Clayton Cook-Mowery**, Case No. **15-16090**
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0539** <br><br> **Boeing Ecu** <br> **Po Box 97050** <br> **Seattle, WA 98124** | - | | **Opened 5/01/12 Last Active 3/01/15** <br><br> **Credit Card** | | | | **5,275.00** |
| Account No. <br><br> **Boeing Ecu** <br> **P O Box 97050-Dir Of Ln** <br> **Seattle, WA 98124** | | | **Representing:** <br> **Boeing Ecu** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0131** <br><br> **Capital One** <br> **Attn: Bankruptcy** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | - | | **Opened 10/01/08 Last Active 2/01/15** <br><br> **Credit Card** | | | | **1,811.00** |
| Account No. <br><br> **Capital One** <br> **15000 Capital One Dr** <br> **Richmond, VA 23238** | | | **Representing:** <br> **Capital One** | | | | **Notice Only** |

__7__ continuation sheets attached

Subtotal (Total of this page) **7,086.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clayton Cook-Mowery**,  Case No. **15-16090**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**United Recovery System**<br>5800 N Course Dr<br>Houston, TX 77072 | | | **Representing:**<br>**Capital One** | | | | Notice Only |
| Account No. **xxxxxxxxxxxx5207**<br>**Chase Card Services**<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 11/01/13  Last Active 11/01/14<br>Credit Card | | | | 9,620.00 |
| Account No.<br>**Chase Card Services**<br>Po Box 15298<br>Wilmington, DE 19850 | | | **Representing:**<br>**Chase Card Services** | | | | Notice Only |
| Account No.<br>**LTD**<br>7322 SW Freeway Suite 1600<br>Houston, TX 77074-2053 | | | **Representing:**<br>**Chase Card Services** | | | | Notice Only |
| Account No. **xxxxxxx8722**<br>**Citi Corp Credit Services**<br>**Citicorp Cred Srvs/ Centralized Bankrupt**<br>Po Box 790040<br>St Louis, MO 63179 | | - | Opened 10/01/08  Last Active  9/01/15<br>Unsecured | | | | 1,169.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,789.00**

In re **Clayton Cook-Mowery**, Case No. **15-16090**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Citi Corp Credit Services<br>701 E 60th St N<br>Sioux Falls, SD 57104 | | | Representing:<br>Citi Corp Credit Services | | | | Notice Only |
| Account No. xxxxxxx8721<br><br>Citi Corp Credit Services<br>Citicorp Cred Srvs/ Centralized Bankrupt<br>Po Box 790040<br>St Louis, MO 63179 | - | | Opened 6/01/08 Last Active 9/01/15<br><br>Unsecured | | | | 5,513.00 |
| Account No.<br><br>Citi Corp Credit Services<br>701 E 60th St N<br>Sioux Falls, SD 57104 | | | Representing:<br>Citi Corp Credit Services | | | | Notice Only |
| Account No. xxxxxxx8720<br><br>Citi Corp Credit Services<br>Citicorp Cred Srvs/ Centralized Bankrupt<br>Po Box 790040<br>St Louis, MO 63179 | - | | Opened 6/01/08 Last Active 9/01/15<br><br>Unsecured | | | | 1,796.00 |
| Account No.<br><br>Citi Corp Credit Services<br>701 E 60th St N<br>Sioux Falls, SD 57104 | | | Representing:<br>Citi Corp Credit Services | | | | Notice Only |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,309.00**

In re **Clayton Cook-Mowery**, Case No. **15-16090**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8670<br>**Citibank**<br>**Citicorp Credit Services**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | - | | Opened 1/01/07 Last Active 11/18/14<br>Credit Card | | | | 18,970.00 |
| Account No.<br>**AllianceOne**<br>**4850 Street Rd. Suite 300**<br>**Trevose, PA 19053** | | | Representing:<br>Citibank | | | | Notice Only |
| Account No.<br>**Citibank**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | | Representing:<br>Citibank | | | | Notice Only |
| Account No. xxxxxxxxxxxx7738<br>**Citibank**<br>**Citicorp Credt Srvs/Centralized Bankrupt**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | - | | Opened 3/01/08 Last Active 9/24/14<br>Credit Card | | | | 2,157.00 |
| Account No.<br>**Citibank**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | | Representing:<br>Citibank | | | | Notice Only |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Clayton Cook-Mowery**                          ,  Case No. __**15-16090**__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2968**<br><br>**Comenitycapital/gmstop**<br>**Po Box 182120**<br>**Columbus, OH 43218** | | - | **Opened 10/22/14  Last Active  3/01/15**<br><br>**Charge Account** | | | | 908.00 |
| Account No.<br><br>**Edward Chien**<br>**23501 Lakeview Drive**<br>**D302**<br>**Mountlake Terrace, WA 98043** | | - | **Back rent** | | | | |
| Account No.<br><br>**Laina Brown**<br>**2230 Rucker Ave**<br>**Everett, WA 98201** | | - | **Back rent** | | | | 400.00 |
| Account No. **xxx6941**<br><br>**Merchants Credit Associaiton**<br>**2245 152nd NE**<br>**Redmond, WA 98052** | | - | **Opened  2/01/15  Last Active 10/01/14**<br><br>**Medical** | | | | 158.00 |
| Account No. **xxxxxxxxxxxxx0001**<br><br>**Mohela/dept Of Ed**<br>**633 Spirit Dr**<br>**Chesterfield, MO 63005** | | - | **Opened 10/01/08  Last Active  9/01/15**<br><br>**Educational** | | | | 22,645.00 |

Sheet no. __**4**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  24,111.00

In re **Clayton Cook-Mowery**, Case No. **15-16090**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0900** <br><br> **Msu Fed Cu** <br> **Po Box 1208** <br> **East Lansing, MI 48826** | - | | **Opened 9/01/13 Last Active 12/01/14** <br><br> **Unsecured** | | | | 1,744.00 |
| Account No. <br><br> **Msu Fed Cu** <br> **3777 West Rd** <br> **East Lansing, MI 48823** | | | **Representing:** <br> **Msu Fed Cu** | | | | Notice Only |
| Account No. **xxxxxx0300** <br><br> **Msu Fed Cu** <br> **Po Box 1208** <br> **East Lansing, MI 48826** | - | | **Opened 2/01/10 Last Active 12/01/14** <br><br> **Credit Card** | | | | 9,097.00 |
| Account No. <br><br> **Msu Fed Cu** <br> **3777 West Rd** <br> **East Lansing, MI 48823** | | | **Representing:** <br> **Msu Fed Cu** | | | | Notice Only |
| Account No. **xxx0643** <br><br> **no name on CR Liability** | - | | **Opened 12/01/14 Last Active 7/01/14** <br><br> **Medical Debt** | | | | 99.00 |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 10,940.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Clayton Cook-Mowery**, Case No. **15-16090**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Paul DiFuria**<br>**2133 3rd Ave**<br>**Seattle, WA 98121** | | - | **Unsecured** | | X | X | |
| Account No.<br>**Paypal**<br>**PO BOX 105658**<br>**Atlanta, GA 30348** | | - | **2015**<br><br>**Unsecured** | | | | **4,000.00** |
| Account No.<br>**Radia**<br>**PO Box 34473**<br>**Seattle, WA 98124-1473** | | - | **2014**<br><br>**Medical** | | | | **53.97** |
| Account No.<br>**Renton Collections Inc**<br>**211 Morris AveSouth**<br>**Renton, WA 98055** | | - | **2015**<br><br>**Medical** | | | | **19.33** |
| Account No. **xxxxxx7546**<br>**RGS**<br>**1700 Jay Ell Dr Ste 200**<br>**Richardson, TX 75081** | | - | **2014**<br><br>**Unsecured** | | | | **3,978.46** |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,051.76**

B6F (Official Form 6F) (12/07) - Cont.

In re **Clayton Cook-Mowery**, Case No. **15-16090**
　　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Seattle Acupunture Associates**<br>**515 Minor Ave Suite 16**<br>**Seattle, WA 98104** | | - | 2015<br><br>Medical | | | | 117.63 |
| Account No.<br>**T-Mobile**<br>**Bankruptcy Department**<br>**P.O. BOX 53410**<br>**Bellevue, WA 98015-3410** | | - | 2015<br><br>Services | | | | 100.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**217.63**

Total (Report on Summary of Schedules)　　**89,631.39**